DEC 27 2007

CLOSED

# U. S. District Court
## Western District of Arkansas (Fayetteville)
## CIVIL DOCKET FOR CASE #: 5:07-cv-05192-HFB
### Internal Use Only

Alexander v. Merck & Co., Inc.
Assigned to: Honorable Harry F. Barnes
Case in other court: Washington County Circuit Court,
CV07-52-00005
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 11/01/2007
Date Terminated: 12/19/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jennifer Alexander**　　　　　　　　represented by　**Kenneth R Shemin**
　　　　　　　　　　　　　　　　　　　　　　　　　　Shemin Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 3578
　　　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, AR 72702
　　　　　　　　　　　　　　　　　　　　　　　　　　479-973-4442
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 479-973-4443
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ken@sheminlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co., Inc.**　　　　　　　　represented by　**James M. Simpson**
　　　　　　　　　　　　　　　　　　　　　　　　　　Friday, Eldredge & Clark
　　　　　　　　　　　　　　　　　　　　　　　　　　2000 Regions Center
　　　　　　　　　　　　　　　　　　　　　　　　　　400 West Capitol Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　Little Rock, AR 72201-3493
　　　　　　　　　　　　　　　　　　　　　　　　　　(501) 376-2011
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (501) 376-2147
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Simpson@fec.net
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Martin A. Kasten**
　　　　　　　　　　　　　　　　　　　　　　　　　　Friday, Eldredge & Clark
　　　　　　　　　　　　　　　　　　　　　　　　　　2000 Regions Center
　　　　　　　　　　　　　　　　　　　　　　　　　　400 West Capitol Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　Little Rock, AR 72201-3493
　　　　　　　　　　　　　　　　　　　　　　　　　　(501) 376-2011
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mkasten@fec.net

A TRUE COPY I CERTIFY
CHRISTOPHER R. JOHNSON, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
By_____

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2007 | 1 | NOTICE OF REMOVAL from Washington County Circuit Court, case number CV07-2452-5. ( Filing fee $ 350, receipt number 5000389), filed by Merck & Co., Inc. (Attachments: # 1 Complaint)(jn) (Entered: 11/01/2007) |
| 11/01/2007 | 2 | CORPORATE DISCLOSURE STATEMENT by Defendant Merck & Co., Inc. (jn) (Entered: 11/01/2007) |
| 11/01/2007 |  | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendant Merck & Co., Inc. Corporate Disclosure Statement 2 . Notice of Removal 1 lists multiple attorneys appearing for the filer (Martin A. Kasten). All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (jn) (Entered: 11/01/2007) |
| 11/01/2007 |  | CLERK'S TEXT ONLY ORDER requiring parties to request a trial by jury within 13 days from date of this order, if desired and allowed by law. (jn) (Entered: 11/01/2007) |
| 11/01/2007 |  | CLERK'S NOTICE in Removal Case re Service of Process directing Plaintiff Jennifer Alexander to file affidavits of service (or copies of proof of service filed in state court) for defendant(s) who have already been served with summons and a copy of the complaint, and file proof of service in this court regarding defendant(s) to be served in the future. If service is not perfected on a defendant within 120 days after filing the complaint, a show cause order will issue and the complaint against that defendant is subject to dismissal pursuant to Federal Rules of Civil Procedure 4(m). TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (jn) (Entered: 11/01/2007) |
| 11/01/2007 |  | Remark: Copy of Notice of Removal with Complaint and the docket sheet sent to Clerk of the Judicial Panel on Multidistrict Litigation. (jn) (Entered: 11/01/2007) |
| 11/01/2007 |  | (Court only) Magistrate Notice/Consent Furnished (jn) (Entered: 11/01/2007) |
| 11/02/2007 |  | TEXT ONLY MEMO OF REASSIGNMENT Case Reassigned to Judge Harry F. Barnes. Judge Robert T. Dawson no longer assigned to the case. (jn) (Entered: 11/02/2007) |
| 11/06/2007 | 3 | NOTICE of Appearance by Martin A. Kasten on behalf of Merck & Co., Inc. (Kasten, Martin) (Entered: 11/06/2007) |
| 11/07/2007 | 4 | NOTICE of Appearance by James M. Simpson on behalf of Merck & Co., Inc. (Simpson, James) (Entered: 11/07/2007) |

| | | |
|---|---|---|
| 11/15/2007 | 5 | ANSWER to Complaint with Jury Demand by Merck & Co., Inc.. (Simpson, James) (Entered: 11/15/2007) |
| 12/19/2007 | 6 | MDL CONDITIONAL TRANSFER ORDER. Case transferred to Southern District of New York. Documents transmitted as requested. (copy of Letter from Clerk, Southern District of New York and Certified copy of docket sheet sent by US Mail, as requested by Clerk, SD/NY.) (SD/NY will electronically retrieve the file) (ct) (Entered: 12/19/2007) |